# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129084-5

BOARD OF TRUSTEES OF THE POLICEMEN/
FIREMEN RETIREMENT SYSTEM OF THE
CITY OF DETROIT,
          Plaintiff-Appellee,

v

CITY OF DETROIT, MAYOR, CHIEF
FINANCIAL OFFICER/FINANCE
DIRECTOR, TREASURER, and CITY
COUNCIL OF THE CITY OF DETROIT,
          Defendants-Appellants.

SC: 129084
COA: 253343
Wayne CC: 03-321552-CK

_____/

BOARD OF TRUSTEES OF THE POLICEMEN/
FIREMEN RETIREMENT SYSTEM OF THE
CITY OF DETROIT,
          Plaintiff-Appellee,

v

CITY OF DETROIT, MAYOR, CHIEF
FINANCIAL OFFICER/FINANCE
DIRECTOR, TREASURER, and CITY
COUNCIL OF THE CITY OF DETROIT,
          Defendants-Appellants.

SC: 129085
COA: 260069
Wayne CC: 04-422445-CK

_____/

On order of the Court, the application for leave to appeal the June 2, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221